JOHN L. McALLISTER, PLAINTIFF-RESPONDENT, v. THE CENTURY INDEMNITY COMPANY OF HARTFORD, CONN., DEFENDANT-PETITIONER.

See same case below: 24 *N. J. Super.* 289.

*Mr. John A. Lynch* and *Mr. Morris Spritzer* for the petitioner.

*Mr. Paul C. Kemeny* for the respondent.

March 30, 1953.   Granted.

BERNARD W. GARGIULO, PLAINTIFF-RESPONDENT, v. BERNARD S. GARGIULO, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 24 *N. J. Super.* 129.

*Messrs. O'Brien, Brett & O'Brien* for the petitioners.

*Mr. Sidney C. Swirsky* and *Mr. Samuel H. Nelson* for the respondent.

March 30, 1953.   Granted.